**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rosa SORTO, Defendant–Appellant.**

No. 01–6419.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Rosa Sorto, pro se. Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, VA, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Rosa Sorto seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See*

*United States v. Sorto,* Nos. CR–96–251–A; CA–00–2109–AM (E.D.Va. Jan. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*